# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Northrop Grumman Corporation ) ASBCA No. 61345
)
Under Contract No. NAS15-10000 *et al.* )

APPEARANCES FOR THE APPELLANT: Stephen J. McBrady, Esq.
Charles Baek, Esq.
Crowell & Moring LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Arthur M. Taylor, Esq.
DCMA Chief Trial Attorney
Carol L. Matsunaga, Esq.
Trial Attorney
Defense Contract Management Agency
Carson, CA

## OPINION BY ADMINISTRATIVE JUDGE SHACKLEFORD

The parties have notified the Board that the contracting officer's final decision from which this appeal was taken has been rescinded, and jointly move to dismiss the appeal with prejudice. When a contracting officer unequivocally rescinds a government claim, the government's action moots the appeal, leaving the Board without jurisdiction to entertain the appeal further. *Combat Support Assocs.*, ASBCA Nos. 58945, 58946, 16-1 BCA ¶ 36,288 at 176,974. Accordingly, the appeal is dismissed as moot.

Dated: September 19, 2019

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

DAVID B. STINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 61345, Appeal of Northrop Grumman Corporation, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2